In the Matter of FREDERICK J. KNOB, Appellant, against THOMAS S. CHESHIRE, as Board of Elections of Nassau County, et al., Respondents.

*Elections — constitutional law — validity of provision of charter of city of Long Beach making term of office of supervisor four years.*

*Matter of Knob* v. *Cheshire,* 221 App. Div. 816, affirmed.

(Argued October 3, 1927; decided October 7, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 16, 1927, which affirmed an order of Special Term, denying a motion for an order directing the board of elections of Nassau county to print the name of petitioner upon appropriate ballots for the office of supervisor of the city of Long Beach to be voted for at the primary election for the year 1927. The petitioner contended that the provisions of the charter of the city of Long Beach (L. 1922, ch. 625) making the term of supervisor four years are violative of section 18 of article 3 of the State Constitution and that the term of office is two years as prescribed in the General City Law.

*James C. Van Siclen* for appellant.

*H. Stewart McKnight* and *Fred Ingraham, Jr.,* for respondent.

*Simon M. Sapensky, Corporation Counsel for city of Long Beach,* respondent.

*Edgar J. Nathan, Jr.,* for Thomas J. Hogan, respondent.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN and O'BRIEN, JJ. Dissenting: CRANE and KELLOGG, JJ.